

TRULINCS 00548190 - FERGUSON, DONALD - Unit: MIL-D-B

--------------------------------------------------------------------------------------

FROM: 00548190
TO: Dounld, D
SUBJECT: #3136738204
DATE: 02/28/2022 06:18:32 PM

Case: 1:22-cv-10542
Judge: Ludington, Thomas L.
MJ: Stafford, Elizabeth A.
Filed: 02-28-2022 At 01:02 PM
PRIS DONALD FERGUSON V USA (SS)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT
SOUTHERN DIVISION

Untied States of America
    Plaintiff
     -v-

Case#
Judge: Denise Page Hood
(expedite oral hearing)

Donald Ferguson
    Defendant

## EMERGENCY MOTION FOR COMPASSIONATE RELEASE

Now come the defendant and respectfully plea and pray for a expedited oral hearing for compassionate release. This plea is further supported in the attach memorandum.

Respectfully,
Donald Ferguson
*Donald Ferguson*

## MEMORANDUM

On 2/16/22 defendant petitioned Milan Detention Center for compassionate release pursuant to 18 u.s.c4205(g) and 3582(c)(1)(A) program statement 5050.50, on 2/22/22. Warden Hemingway declined to grant defendant the compassionate release sought through exhaustion of administrative remedy. (see exhibit) Prior to the filing of 18 u.s.c. 4205(g) defendant had asserted to his counsel to file a mandamus to predicate the multiple failing health issues he is undergoing. (see exhibit). Now pending before this honorable court is defendant's Emergency motion for compassionate release pursuant to 18 u.s.c. 3582(c)(1)(A). Via the motion, defendant seeks a reduction of his 7 month sentence and immediate release from the custody of the Bureau of Prisons, pursuant to 18 u.s.c. 3582(c)(1)(A)(i). Unlike many federal inmates in this district and around the country, defendant assert not only his vunerableness to contract Covid-19 or a variant which will certainly lead to his death due to his age (69) and numerous health issues, but defendant also highlight that since his being detained in MDOC for more than 38 years he has requested physicals to ascertain his failing health. Defendant assert that the ongoing Covid-19 pandemic, as applied to his specific health profile, satisfies the requirement of extraordinary and compelling reasons necessary for this court to grant compassionate release under section 3582 (c)(1)(A)(i) and that compassionate release is otherwise appropriate in this case.

## BACKGROUND

Defendant, after serving 38 years in MDOC, was detained into Federal custody stemming from a federal parole violation. Defendant asserts that during his state detention, he on numerous occasions notified federal authorities of his intention to either consolidate the federal and state litigation or have the federal litigation terminated due to the length of the state imposed sentence. Defendant also informed the federal government of his urgent need for medical attention, which went disregarded and unanswered which has manifested defendant current deteriorating health crisis. Throughout defendant detention for the 38 years he was not afforded medical attention or an interview that was supposed to have manifested 7-10 days after his initial arrest. That arbitrary detention has manifested undue "stress" on defendant and his family. Defendant has for the past 30 plus years been gravely suffering from "High Blood Pressure", "Enlarged Prostate", "High Cholesterol", and need of immediate "Hernia" surgery. (see exhibit). Defendant being 69 and in a facility that greater his risk of contracting Covid-19 or a variant fall within the scope of a 8th and 14th amendment violation for cruel and unusual punishment for not being able to obtain adequate medical attention. On_____20___ defendant had 7month violation sentence imposed upon him. After serving a 38 years sentence and unable to obtain adequate medical attention, the imposing of 7 months was unwarranted at defendant age of 69.

## LEGAL STANDARDS

Prior to 2018, only the director of the Bureau of Prisons could move for compassionate release. The First Step Act amended 10 u.s.c. 3582(c) to allow prisoners to move for compassionate release on their own behalf. (see First Step Act of 2018 sec.603, pub.L.No.115-391, 132 stat.5239. Now under 18 u.s.c.3582(c)(1)(A), as modified by the section 603(b)(1) First Step Act, a district court may under certain circumstances such as this granted a defendant motion for compassionate release (see United States -v- Jones, 980 f.3d 1098) The court will find that the attach exhibits and defendant urgent need on immediate surgery warrant a granting of compassionate release or a immediate medical furlough to obtain the surgery at defendant expense. Defendant has exhausted his administrative remedies. In it's recently issued opinion in "JONES", the 6th cir. discussed the steps of the compassionate release analysis: The 3 step 3582(c)(1)(A) test is as follows: At step one, a court must find

TRULINCS  00548190 - FERGUSON, DONALD - Unit: MIL-D-B

--------------------------------------------------------------------------------------------------------

extraordinary and compelling reasons warrant a sentence reduction.  Defendant has predicated that he is a 69 year old African American male whom has endured a 38 year sentence and during that duration defendant on numerous occasions sought immediate medical surgery which went unanswered.  The surgery needed by defendant is in immediate need to prevent further deterioration of defendant health.  This surgery within itself warrant either an immediate medical furlough, or reduction of the remaining 190 days left on his imposed parole violation.  At step two, a court must find whether such a reduction is consistent with applicable policy statements issued by the sentencing commission.  This court will clearly find that a reduction of 190 days is warranted or a medical furlough issued in his circumstance.  At step 3, 3582(c) factors and determine whether, in its discretion, the reduction authorized by step one and two is warranted in whole or in part under the particular circumstances of the case.  The 6th cir. held that the passage of the first step act rendered section 1B1.13 inapplicable to cases where an imprisoned person files a motion for compassionate release.  Therefore, until the sentencing commission updates section 1B1.13 to.reflect the First Step Act, a district court have full discretion in the interim to determine whether an extraordinary and compelling reason justifies compassionate release when an imprisoned person files a section 3582(c)(1)(A) motion.  In other words, because section 1B1.13 in inapplicable to defendant filed motions, a district court adjudicating such a motion is not bond by anything section 1B1.13 has to say about including any limitations or requirements section 1B1.13 would impose upon the finding of extraordinary and compelling reasons.  Defendant also assert that due to the ruling in "Jones" the district court, in adjudicating a defendant-filed motion may disregard the requirement of section 1B1.13(2) that the defendant not pose a danger in order to grant compassionate release.  In adjudicating a defendant-filed motion, a district court determines that extraordinary and compelling reasons for compassionate release exist, the court then determines compassionate release is warranted in light of the section 3553(A) sentencing factors.

FACTS

The circumstances that compel defendant to have a 7 month violation imposed stem from an already expired 38 year incarceration.  Defendant characteristics and nature is not of a danger or threat to any community or neighborhood he'll be released to.  Defendant has already endured a 38 year sentence and the imposing of 7 months was unnecessary and unwarranted.  Defendant 38 year sentence served has more than compel respect and promoting of defendant to capitulate and comport to the law.  Defendant being 69 years of age and forfeiting 38 years to incarceration has manifested adequate deterrence to engage in criminal conduct in the future.  Defendant once again assert his 38 years of incarceration and being 69 years of age with multiple health issues assure the pubic it will be protected from further crimes.  Defendant note that after recovering from his surgery upon release he will pursue furthering his education and community service work in the neighborhood and this compassionate release will afford defendant that opportunity.  Defendant will also participate in vocational training.

Respectfully,

*Donald Ferguson*

Donald Ferguson

PROOF OF SERVICE

I, Donald Ferguson, certify a true copy of the foregoing was sent to the clerk of courts on this 8th day of March 2022.

Respectfully,

*Donald Ferguson*

Donald Ferguson



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

## Response To Expedited Revocation Proposal

Name: FERGUSON, DONALD          Reg No: 00548-190          DCDC No:

### PROPOSED DECISION

Revoke Parole. None of the time spent on release shall be credited. Parole effective on 7/20/2022 after the service of 464 months.

In addition, you shall be monitored by the form of location monitoring indicated below for a period of up to 90 days and shall abide by all technology requirements. GPS monitoring - this form of location monitoring technology shall be used to enforce the following restriction on your movement in the community, in addition to other conditions of release.

After a review of all relevant factors and information presented, a decision above the guidelines is warranted because: Your current violation behavior includes convictions for Assault with Intent to Commit Murder, Armed Robbery and Possession of a Firearm. Your criminal history includes convictions for Assault with Intent to Rob while Armed and Armed Bank Robbery. Your continued violent behavior in the community indicates you are a more serious risk than indicated by the Salient Factor Score.

                    I accept the above-proposed decision of the U.S. Parole Commission. By accepting this decision, I understand that I am accepting responsibility for my conduct, waiving my right to a revocation hearing, and waiving my right to appeal the decision.

                    I decline the U.S. Parole Commission revocation proposal. I wish to have an in-person revocation hearing.

                    I wish to request an extension to consider this proposal until 14 days from the date of this response or the date of the scheduled hearing, whichever comes first.



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

Donald Ferguson
_____     _____
Signature                            Date


_____     _____
Witness                              Date

TRULINCS  00548190 - FERGUSON, DONALD - Unit: MIL-D-B

--------------------------------------------------------------------------------

FROM: 00548190
TO: MIL/RISCoordinator
SUBJECT: ***Request to Staff*** FERGUSON, DONALD, Reg# 00548190, MIL-D-B
DATE: 01/09/2022 01:37:12 PM

To: Vaughn
Inmate Work Assignment: unit orderly

I am requesting a compassionate release relief For the reasons below:
I am a 69 year old man and I have high cholesterol in which i am perscribed 20 m.g atorvastutin, I have hypertensia in which i am perscribed 40 m.g lisinapril, i am also dealing with an enlarged prostate. I also have a bad hernia that i need surgery on for 2 years that leaves excruciating pain on my right side. I am also under tamsulosin HCL 0.4 m.g. I have also recieved a parole date seeing that i am under the old law from 1976, that i should already be released on. Can you please look into my case for me and see what can be done?

**RESPONSE TO REQUEST FOR REDUCTION IN SENTENCE**
**Ferguson, Donald**
**Reg. No: 00548-190**

**February 16, 2022**
**FDC/West 120U**
**RIS Request**

Your request for Compassionate Release/Reduction in Sentence (RIS) has been reviewed pursuant to 18 U.S.C. 4205(g) and/or 3582 (c)(1)(A). We will not be pursuing a request for compassionate release in your case.

A review of your request reveals you have submitted a request for a reduction in sentence based on inmates with a debilitating medical condition.

Program Statement 5050.50, states a request for a motion under 18 U.S.C. 4205(g) or 3582(c)(1)(A) shall be submitted to the Warden. Ordinarily, the request shall be in writing, and submitted by the inmate. An inmate may initiate a request when there are particularly extraordinary or compelling circumstances which could not reasonably have been foreseen by the court at the time of sentencing. The criteria for a RIS request as an elderly inmate with medical conditions requires that you are experiencing a deteriorating mental or physical health condition that substantially diminishes your ability to function in a correctional facility, suffer from chronic or serious medical conditions related to the aging process, and/or conventional treatment promises no substantial improvement to your mental or physical condition.

The Bureau of Prisons (BOP) is carefully monitoring the spread of the COVID-19 virus and taking extraordinary measures to contain it. As with any type of emergency situation, we carefully assess how to best ensure the safety of staff, inmates and the public.

Your current medical condition, with or without the spread of the COVID-19 virus, does not meet the criteria outlined in the paragraph above. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting COVID-19 does not currently warrant an early release.

Accordingly, your Request for Reduction in Sentence is denied. In the event you are not satisfied with this response and wish to appeal, you may contact your Unit Team to initiate an appeal in accordance with the Administrative Remedy Program. Please note, this appeal process begins with a BP-9 (Warden-level).

I trust this addresses your concerns.

Jonathan Hemingway, Warden

2.22.22
Date

*THIS Page2*

| Inmate Name: | FERGUSON, DONALD | | | Reg #: | 00548-190 |
|---|---|---|---|---|---|
| Date of Birth: | 08/12/1952 | Sex: | M    Race:  BLACK | Facility: | MIL |
| Encounter Date: | 11/02/2021 07:21 | Provider: | Weaver, Sarah (MAT) NP | Unit: | D03 |

**Reflexes:**

|  | <u>Right</u> | <u>Left</u> |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | 2/4 | 2/4 |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

**Vibratory:** Yes

**Light Touch:** Yes

**Pin Prick:** Yes

**Comments:**

**GU:**

**Chaperoned By:**

**Rectum: Not Done**

**Comments:** Golf ball size hernia right groin reducible

**Male Genitalia: Not Done**

**Comments:** Not assessed

**Skin:**

**Normal:** Yes

**Rash:** No

**Redness:** No

**Abnormal Pigmentation:** No

**Abnormal Lesions/Growths:** No

**Comments:**

**Lymphatics:**

**Adenopathy:** No

**Comments:**

**Potential Items For Follow-up:**

<u>Item</u>

Hypertension History

Blood Product Transfusion

Tattoos

Hepatitis - C

Other Infectious Disease History

Sexual Abuse History

Eye Glasses

TRULINCS  00548190 - FERGUSON, DONALD - Unit: MIL-D-B

--------------------------------------------------------------------------------------------------

FROM: 00548190
TO: Medical Services
SUBJECT: ***Request to Staff*** FERGUSON, DONALD, Reg# 00548190, MIL-D-B
DATE: 02/08/2022 01:35:32 PM

To: ms. clingerman
Inmate Work Assignment: none

My Hernia Has my stomach hurting everyday, I believe I have devolope vericose seal with this hernia. because i hurt so badly
pushing the hernia back in. this is 3-years of dealing with this problem. I am 69 years olds, I go home on 7-20-22, but i may not
make it if i cant recieve some help.



**Federal Bureau of Prisons**

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** FERGUSON, DONALD | **Facility**  FCI Milan | **Collected** 01/04/2022 08:54 EST |
| **Reg #** 00548-190 | **Order Unit** D03-120U | **Received** 01/05/2022 14:45 EST |
| **DOB** 08/12/1952 | **Provider** Sarah  Weaver, NPC | **Reported** 01/06/2022 11:37 EST |
| **Sex** M | | **LIS ID**  306211034 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 136-145 | mmol/L |
| Potassium | | 4.9 | 3.5-5.1 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| Carbon Dioxide | | 26 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 16 | 8-23 | mg/dL |
| Creatinine | | 1.02 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.6 | 8.8-10.2 | mg/dL |
| Glucose | H | 168 | 74-109 | mg/dL |
| AST | | 33 | 10-50 | U/L |
| ALT | | 31 | 10-50 | U/L |
| Alkaline Phosphatase | | 58 | 49-126 | U/L |
| Bilirubin, Total | | 0.4 | 0.1-1.2 | mg/dL |
| Protein, Total | | 7.2 | 6.6-8.7 | g/dL |
| Albumin | | 4.9 | 3.5-5.2 | g/dL |
| Globulin | | 2.3 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 2.13 | 1.00-2.30 | |
| Anion Gap | | 10.2 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 15.2 | 5.0-30.0 | |
| Cholesterol, Total | H | 205 | <200 | mg/dL |
| Triglycerides | | 101 | <150 | mg/dL |
| HDL Cholesterol | | 44 | 40-60 | mg/dL |
| LDL-Cholesterol | H | 141 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.7 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| PSA, Total | 1.13 | <4.50 | ng/mL |

The minimal reporting value is 0.1 ng/mL.  Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in man after prostatectomy.

| | | | |
|---|---|---|---|
| TSH | 2.42 | 0.27-4.20 | uIU/mL |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| White Blood Cell Count | 6.7 | 3.5-10.5 | K/uL |
| Red Blood Cell Count | 4.67 | 4.10-6.00 | M/uL |
| Hemoglobin | 12.7 | 12.0-17.5 | g/dL |

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A!=Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** FERGUSON, DONALD | **Facility** FCI Milan |
| **Reg #** 00548-190 | **Order Unit** D03-120U |
| **DOB** 08/12/1952 | **Provider** Sarah Weaver, NPC |
| **Sex** M | |

| | |
|---|---|
| **Collected** 01/04/2022 08:54 EST | |
| **Received** 01/05/2022 14:45 EST | |
| **Reported** 01/06/2022 11:37 EST | |
| **LIS ID** 306211034 | |

### CHEMISTRY

| Test | Flag | Result | Range | Units |
|---|---|---|---|---|
| Sodium | | 141 | 136-145 | mmol/L |
| Potassium | | 4.9 | 3.5-5.1 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| Carbon Dioxide | | 26 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 16 | 8-23 | mg/dL |
| Creatinine | | 1.02 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Range | Units |
|---|---|---|---|---|
| Calcium | | 9.6 | 8.8-10.2 | mg/dL |
| Glucose | H | 168 | 74-109 | mg/dL |
| AST | | 33 | 10-50 | U/L |
| ALT | | 31 | 10-50 | U/L |
| Alkaline Phosphatase | | 58 | 49-126 | U/L |
| Bilirubin, Total | | 0.4 | 0.1-1.2 | mg/dL |
| Protein, Total | | 7.2 | 6.6-8.7 | g/dL |
| Albumin | | 4.9 | 3.5-5.2 | g/dL |
| Globulin | | 2.3 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 2.13 | 1.00-2.30 | |
| Anion Gap | | 10.2 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 15.2 | 5.0-30.0 | |
| Cholesterol, Total | H | 205 | <200 | mg/dL |
| Triglycerides | | 101 | <150 | mg/dL |
| HDL Cholesterol | | 44 | 40-60 | mg/dL |
| LDL-Cholesterol | H | 141 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.7 | 0.0-4.0 | |

### SPECIAL CHEMISTRY

| Test | Result | Range | Units |
|---|---|---|---|
| PSA, Total | 1.13 | <4.50 | ng/mL |

The minimal reporting value is 0.1 ng/mL. Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy.

| Test | Result | Range | Units |
|---|---|---|---|
| TSH | 2.42 | 0.27-4.20 | uIU/mL |

### HEMATOLOGY

| Test | Result | Range | Units |
|---|---|---|---|
| White Blood Cell Count | 6.7 | 3.5-10.5 | K/uL |
| Red Blood Cell Count | 4.67 | 4.10-6.00 | M/uL |
| Hemoglobin | 12.7 | 12.0-17.5 | g/dL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical



**Federal Bureau of Prisons**

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** FERGUSON, DONALD | **Facility** FCI Milan | **Collected** 01/04/2022 08:54 EST |
| **Reg #** 00548-190 | **Order Unit** D03-120U | **Received** 01/05/2022 14:45 EST |
| **DOB** 08/12/1952 | **Provider** Sarah Weaver, NPC | **Reported** 01/06/2022 11:37 EST |
| **Sex** M | | **LIS ID** 306211034 |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| Hematocrit | | 38.8 | 38.8-50.0 | % |
| MCV | | 83.1 | 76.0-100.0 | fL |
| MCH | | 27.2 | 27.0-33.0 | pg |
| MCHC | | 32.7 | 28.0-36.0 | g/dL |
| RDW-CV | | 13.4 | 12.0-15.0 | % |
| Platelet Count | | 238 | 150-450 | K/uL |
| MPV | H | 11.4 | 6.9-10.5 | fL |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.4 | <5.7 | % |

5.7 - 6.4  Increased Risk
> 6.4  Diabetes

---

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



**Federal Bureau of Prisons**

### FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** FERGUSON, DONALD | **Facility** FCI Milan | **Collected** 01/04/2022 08:54 EST |
| **Reg #** 00548-190 | **Order Unit** D03-120U | **Received** 01/05/2022 14:45 EST |
| **DOB** 08/12/1952 | **Provider** Sarah Weaver, NPC | **Reported** 01/06/2022 11:37 EST |
| **Sex** M | | **LIS ID** 306211034 |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| Hematocrit | | 38.8 | 38.8-50.0 | % |
| MCV | | 83.1 | 76.0-100.0 | fL |
| MCH | | 27.2 | 27.0-33.0 | pg |
| MCHC | | 32.7 | 28.0-36.0 | g/dL |
| RDW-CV | | 13.4 | 12.0-15.0 | % |
| Platelet Count | | 238 | 150-450 | K/uL |
| MPV | H | 11.4 | 6.9-10.5 | fL |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.4 | <5.7 | % |

5.7 - 6.4  Increased Risk
> 6.4  Diabetes

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  FERGUSON, DONALD | | Reg #:  00548-190 |
| Date of Birth:  08/12/1952 | Sex:  M  Race:  BLACK | Facility:  MIL |
| Encounter Date:  11/02/2021 07:36 | Provider:  Weaver, Sarah (MAT) NP | Unit:  D03 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Weaver, Sarah (MAT) NP

Chief Complaint:  Chronic Care Clinic

Subjective:      Patient is new to Milan. Will enroll in CCC.

1. HTN: Diagnosed a few years ago. Taking lisinopril 40 mg daily. Had ST this year (was normal). Denies CP/SOB/Syncope.

2. Infectious dx: Treated for Hep C in the past. Will do a viral load.

3. Hyperlipidemia: Treated with atorvastatin 20 mg.

4. Prostate enlargement with lower urinary symptoms: Takes Flomax. Reports nocturia 3x's per night with good symptom control .

Pain:          Not Applicable

**Seen for clinic(s):** Endocrine/Lipid, General, Hypertension, Infectious Disease

**OBJECTIVE:**

**Exam Comments**
   See HP from 11-2

**ASSESSMENT:**

Chronic viral hepatitis C, B182 - Current

Disorder of prostate, unspecified, N429 - Current

Essential (primary) hypertension, I10 - Current

Hyperlipidemia, unspecified, E785 - Current

**PLAN:**

**Disposition:**
   Follow-up at Sick Call as Needed
   Follow-up at Chronic Care Clinic as Needed

**Other:**

Htn: Stable, continue lisinopril

Hyperlipidemia: Continue atorvastatin

Prostate enlargement: continue Flomax, PSA order

Hep C: Ordered viral load (likely negative) no symptoms.

Labs ordered.

| | | | | |
|---|---|---|---|---|
| Inmate Name:   FERGUSON, DONALD | | | Reg #:   00548-190 | |
| Date of Birth:   08/12/1952 | | Sex:   M   Race:  BLACK | Facility:  MIL | |
| Encounter Date:  11/02/2021 07:36 | | Provider:  Weaver, Sarah (MAT) NP | Unit:   D03 | |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/02/2021 | Counseling | Diagnosis | Weaver, Sarah | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Weaver, Sarah (MAT) NP on 11/02/2021 07:40

Requested to be cosigned by  Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FERGUSON, DONALD | | | Reg #: | 00548-190 |
| Date of Birth: | 08/12/1952 | Sex: | M    Race: BLACK | Facility: | MIL |
| Note Date: | 10/29/2021 12:24 | Provider: | Gilsdorf, Jill NP-C | Unit: | D03 |

Cosign Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**       Provider:  Gilsdorf, Jill NP-C

APP notified of pt reporting no BM for two days. Per note, patient denies abdominal pain, nausea or vomiting. Patients chart reviewed. No contraindications noted for use of stool softener or laxative. Will order

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## ASSESSMENTS:

Constipation, unspecified, K5900 - Current

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Docusate Sodium Capsule | 10/29/2021 12:24 |
| | **Prescriber Order:**    per instrucitons Orally  -   daily x 14 day(s) | |
| | Indication:   Constipation, unspecified | |
| | Senna Tablet | 10/29/2021 12:24 |
| | **Prescriber Order:**    take two tabs Orally  -   daily PRN x 7 day(s) -- Once BM are regular, pt to stop | |
| | Indication:   Constipation, unspecified | |

**Other:**

Constipation: will order Colace for 7 days PRN and Senna daily as needed for 7 days. Pt to stop taking Senna once BM have retuned to normal.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/29/2021 | Not Done | | Gilsdorf, Jill | No Participation |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Gilsdorf, Jill NP-C on 10/29/2021 12:53

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | |
|---|---|
| Inmate Name: FERGUSON, DONALD | Reg #: 00548-190 |
| Date of Birth: 08/12/1952 | Sex: M   Race: BLACK | Facility: MIL |
| Encounter Date: 10/28/2021 06:47 | Provider: Hernandez, P. RN | Unit: D03 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1       Provider: Hernandez, P. RN

Chief Complaint: GASTROINTESTINAL

Subjective:   Subjective Complaint: "I haven't had a bowel movement in 2 days I need some medicine"
Pain location if any: 0
Pain Scale 0-10: 0
How long have you had this problem?: 2 days

Pain:       Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/28/2021 | 06:48 MIL | 82 | | | Hernandez, P. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/28/2021 | 06:48 MIL | 18 | Hernandez, P. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/28/2021 | 06:48 MIL | 141/84 | | | | Hernandez, P. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/28/2021 | 06:48 MIL | 96 | Room Air | Hernandez, P. RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time

**ASSESSMENT:**

Initial assessment

Inmate a/ox3 ambulatory stating 'I haven't had a bowel movement in 2 days and I need something". Inmate denies abd pain n/v/d or any other complaints at this time. NP made aware

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

| Inmate Name: | FERGUSON, DONALD | | Reg #: | 00548-190 |
| Date of Birth: | 08/12/1952 | Sex:     M     Race:  BLACK | Facility: | MIL |
| Encounter Date: | 10/28/2021 06:47 | Provider:  Hernandez, P. RN | Unit: | D03 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/28/2021 | Counseling | Access to Care | Hernandez, P. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Hernandez, P. RN on 10/28/2021 06:51

Requested to be cosigned by  Gilsdorf, Jill NP-C.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: FERGUSON, DONALD | | Reg #: | 00548-190 |
| Date of Birth: 08/12/1952 | Sex: M Race: BLACK | Facility: | MIL |
| Encounter Date: 10/21/2021 12:33 | Provider: Udegbunam, Ukamaka | Unit: | D03 |

Review Note - Follow up encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1        Provider:  Udegbunam, Ukamaka (MAT) NP-C

Chief Complaint:   Medication Reconciliation
Subjective:        New intake, need to reconcile medication.

Pain:
Patient allergies reviewed and updates applied during this visit if indicated. See Chart:
Allergies for most recent patient allergy list.
Not Applicable

## OBJECTIVE:

## ASSESSMENT:

Essential (primary) hypertension, I10 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Lisinopril Tablet | 10/21/2021 12:33 |

    **Prescriber Order:**   40 mg Orally  -   daily x 365 day(s) -- Take by mouth 40 mg daily to control
       blood pressure

    Indication:   Essential (primary) hypertension

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | *Lisinopril Tablet* | 10/21/2021 12:33 |

    **Prescriber Order:**   *40Mg Orally Mouth -   daily x 180 day(s) -- Take one tablet (20Mg) by mouth
       daily.*

    Discontinue Type:   *When Pharmacy Processes*
    Discontinue Reason:  *new order written*
    Indication:

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/21/2021 | Not Done | | Udegbunam, Ukamaka | No Participation |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Udegbunam, Ukamaka (MAT) NP-C on 10/21/2021 12:35

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| Complex:  MIL--MILAN FCI | Begin Date:  11/24/2020 | End Date:  11/24/2021 |
| Inmate:   FERGUSON, DONALD | Reg #:  00548-190 | Quarter:  D03-120U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

Allergies:                           Denied

## Active Prescriptions

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth up to three times daily ( every eight hours ) as needed for pain and/or fever
**Rx#:**   181738-MIL      **Doctor:**  Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO
**Start:** 10/20/21       **Exp:** 10/30/21                    **Pharmacy Dispensings:** 60 TAB in 10 days

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth up to three times daily ( every eight hours ) as needed for pain and/or fever
**Rx#:**   182330-MIL      **Doctor:**  Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO
**Start:** 11/02/21       **Exp:** 11/12/21                    **Pharmacy Dispensings:** 60 TAB in 10 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth daily for control of cholesterol
**Rx#:**   181739-MIL      **Doctor:**  Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO
**Start:** 10/20/21       **Exp:** 11/19/21      **D/C:** 11/02/21     **Pharmacy Dispensings:** 30 tab in 30 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth daily for control of cholesterol
**Rx#:**   182331-MIL      **Doctor:**  Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO
**Start:** 11/02/21       **Exp:** 11/02/22                    **Pharmacy Dispensings:** 30 tab in 23 days

Docusate Sodium 100 MG Cap
Take one capsule (100 MG) by mouth daily Take with a glassful of water
**Rx#:**   182189-MIL      **Doctor:**  Gilsdorf, Jill NP-C
**Start:** 10/29/21       **Exp:** 11/12/21      **D/C:** 11/02/21     **Pharmacy Dispensings:** 14 CAP in 14 days

Docusate Sodium 100 MG Cap
Take one capsule (100 MG) by mouth daily Take with a glassful of water
**Rx#:**   182332-MIL      **Doctor:**  Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO
**Start:** 11/02/21       **Exp:** 12/02/21                    **Pharmacy Dispensings:** 0 CAP in 23 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth daily to control blood pressure
**Rx#:**   181770-MIL      **Doctor:**  Udegbunam, Ukamaka (MAT) NP-C
**Start:** 10/21/21       **Exp:** 10/21/22                    **Pharmacy Dispensings:** 60 TAB in 35 days

| Complex: | MIL--MILAN FCI | Begin Date: 11/24/2020 | End Date: 11/24/2021 |
|---|---|---|---|
| Inmate: | FERGUSON, DONALD | Reg #: 00548-190 | Quarter: D03-120U |

## Active Prescriptions

Senna 8.6 MG Tab
Take two tablets (17.2 MG) by mouth daily as needed for constipation
**Rx#:** 182190-MIL    **Doctor:** Gilsdorf, Jill NP-C
**Start:** 10/29/21    **Exp:** 11/05/21    **D/C:** 11/02/21    **Pharmacy Dispensings:** 14 TAB in 7 days

Senna 8.6 MG Tab
Take two tablets (17.2 MG) by mouth daily as needed for constipation
**Rx#:** 182333-MIL    **Doctor:** Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO
**Start:** 11/02/21    **Exp:** 11/16/21    **Pharmacy Dispensings:** 0 TAB in 14 days

Tamsulosin HCl 0.4 MG Cap
Take one capsule (0.4 MG) by mouth daily 30 minutes after the same meal every day for prostate
**Rx#:** 181740-MIL    **Doctor:** Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO
**Start:** 10/20/21    **Exp:** 11/19/21    **D/C:** 11/02/21    **Pharmacy Dispensings:** 30 Cap in 30 days

Tamsulosin HCl 0.4 MG Cap
Take one capsule (0.4 MG) by mouth daily 30 minutes after the same meal every day for prostate
**Rx#:** 182334-MIL    **Doctor:** Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO
**Start:** 11/02/21    **Exp:** 05/01/22    **Pharmacy Dispensings:** 30 Cap in 23 days



Donald Ferguson
#00548-190
Federal Correctional Institution
P.O. Box 1000
Milan, Michigan 48160

Clerk of Court
231 W. Lafayette (Ste)
Detroit, Michigan

RECEIVED
MAR 14 2022
CLERKS OFFICE
U.S. DISTRICT COURT

U.S. MARSHAL

3-8-22